## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JESUS WILLIAMS,

      Plaintiff,                                    **CASE NO.: 0:20-CV-61454-RKA**

v.

DYNASERV FLORIDA LLC,

      Defendant.

_____/

### JOINT NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Jesus Williams ("Plaintiff") and Dynaserv Florida LLC

("Defendant") hereby notify the Court that the Plaintiff and Defendant have settled all claims

between them in this matter and are in the process of completing the final closing documents and

filing the Motion for Approval for Settlement. The Parties anticipate this process to take no more

than 14 days and request that the Court retain jurisdiction for any matters related to completing

and/or enforcing the settlement.

      Respectfully submitted this 29th day of September, 2020.

| | |
|---|---|
| */s/ Capri Trigo* | */s/ Jake S. Blumstein* |
| **CAPRI TRIGO, ESQ.** | **JAKE S. BLUMSTEIN, ESQ.** |
| Florida Bar No.  28564 | Florida Bar No. 1017746 |
| **GORDON REES** | **JORDAN L. RICHARDS, ESQ.** |
| **SCULLY MANSUKHANI** | Florida Bar No. 108372 |
| Miami Tower | **MELISSA J. SCOTT, ESQ.** |
| 100 S.E. Second Street, Suite 3900 | Florida Bar No. 1010123 |
| Miami, Florida 33131 | **USA EMPLOYMENT LAWYERS** |
| Telephone: (305) 428-5323 | 805 East Broward Blvd., Suite 301 |
| Email:  ctrigo@grsm.com | Fort Lauderdale, Florida 33301 |
| ***Counsel for Dynaserv Florida LLC*** | Telephone: (954) 871-0050 |
| | Email: jake@jordanrichardspllc.com |
| | Email: jordan@jordanrichardspllc.com |
| | Email: melissa@jordanrichardspllc.com |
| | Email: april@usaemploymentlawyers.com |
| | ***Counsel for Plaintiff, Jesus Williams*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Capri Trigo*
Capri Trigo

**SERVICE LIST**
Jake S. Blumstein, Esq.
Jordan L. Richards, Esq.
Melissa J. Scott, Esq.
**USA EMPLOYMENT LAWYERS**
805 East Broward Blvd., Suite 301
Fort Lauderdale, Florida 33301
Telephone: (954) 871-0050
Email: jordan@jordanrichardspllc.com
Email: melissa@jordanrichardspllc.com
Email: jake@jordanrichardspllc.com
Email: april@usaemploymentlawyers.com
***Counsel for Plaintiff, Jesus Williams***